IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DRAGAS MANAGEMENT CORPORATION,

        Plaintiff,

v.                                           Civil Action No. 2:10cv547

HANOVER INSURANCE CO., *et al.*,        File Under Seal

        Defendants.

**DRAGAS MANAGEMENT CORPORATION'S MEMORANDUM IN SUPPORT
OF MOTION TO SEAL CERTAIN PORTIONS OF ITS REPLY MEMORANDUM
IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
AND CERTAIN CONFIDENTIAL EXHIBITS M, P, Q, AND R
TO THE SUPPLEMENTAL DECLARATION OF KRISTAN B. BURCH**

In support of its Motion to Seal pursuant to Local Rule 5, plaintiff, Dragas Management Corporation ("DMC"), states the following:

1. DMC moves the Court for leave to file under seal (1) Certain Portions of DMC's Reply Memorandum in Support of its Motion for Partial Summary Judgment ("Summary Judgment Brief"), and (2) Certain Confidential Exhibits M, P, Q and R to the Supplemental Declaration of Kristan B. Burch ("Certain Confidential Exhibits"). DMC's Summary Judgment Brief and Certain Confidential Exhibits contain confidential information and, under the Motion for Protective Order recently filed with the Court [Dkt. No. 26] ("Motion for Protective Order"), DMC's Summary Judgment Brief and Certain Confidential Exhibits should be filed under seal.

2. There are three requirements for sealing court findings: (1) public notice with an opportunity to object; (2) consideration of less drastic alternatives; and (3) a statement of specific findings in support of a decision to seal and rejecting alternatives to sealing. *See, e.g., Flexible Benefits Council v. Feldman*, No. 1:08-CV-371, 2008 U.S. Dist. LEXIS 93039 (E.D. Va. Nov. 13, 2008) (citing *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000)). DMC contends that DMC's Summary Judgment Brief, and Certain Confidential Exhibits contain data

that is and should be kept confidential. *In camera* copies of DMC's Summary Judgment Brief and Certain Confidential Exhibits are being provided to the Court. In light of DMC's concerns and the Motion for Protective Order, there appears to be no alternative that appropriately serves DMC's expressed confidentiality concerns.

3. For the sake of consistency with practices governing the case as a whole, DMC believes certain portions of DMC's Summary Judgment Brief, and Certain Confidential Exhibits should remain sealed and be treated in accordance with the terms and conditions of the Motion for Protective Order.

Accordingly, and in satisfaction of the requirements of Local Rule 5, DMC respectfully asks the Court to enter the Proposed Agreed Order sealing portions of DMC's Summary Judgment Brief, and Certain Confidential Exhibits.

Dated:  February 1, 2011                           Respectfully submitted,

                                                    DRAGAS MANAGEMENT CORPORATION

                                                    By: /s/ R. Johan Conrod, Jr.
                                                    W. Edgar Spivey (VSB No. 29125)
                                                    Kristan B. Burch (VSB No. 42640)
                                                    R. Johan Conrod, Jr. (VSB No. 46765)
                                                    KAUFMAN & CANOLES, P.C.
                                                    150 West Main Street, Suite 2100
                                                    Norfolk, VA  23510
                                                    Telephone:  (757) 624-3000
                                                    Facsimile:   (757) 624-3169
                                                    wespivey@kaufcan.com
                                                    kbburch@kaufcan.com
                                                    rjconrod@kaufcan.com
                                                    *Counsel for Dragas Management
                                                    Corporation; Hampshires Associates, LC;
                                                    and Dragas Associates X, LC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing (NEF) to the following registered users:

Thomas S. Garrett, Esq.
tgarrett@hccw.com
Harman, Claytor, Corrigan & Wellman
P. O. Box 70280
Richmond, VA 23255
(804) 747-5200
(804) 747-6085 Facsimile
*Counsel for Hanover Insurance Company
and Citizens Insurance Company of America*

John Malloy, Esq.
jmalloy@rc.com
Robinson & Cole, LLP
280 Trumbell Street
Hartford, CT 06103
*Counsel for Hanover Insurance Company
and Citizens Insurance Company of America*

      /s/ R. Johan Conrod, Jr.
W. Edgar Spivey (VSB No. 29125)
Kristan B. Burch (VSB No. 42640)
R. Johan Conrod, Jr. (VSB No. 46765)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
wespivey@kaufcan.com
kbburch@kaufcan.com
rjconrod@kaufcan.com
*Counsel for Dragas Management
Corporation; Hampshires Associates, LC;
and Dragas Associates X, LC*

DOCSNFK-#1701618-v1

3